# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-BK-4327-KSJ
Adversary Case No. 6:08-ap-00228-KSJ

---

MIRABILIS VENTURES, INC.,

        **Plaintiff,**

-vs-                      Case No. 6:09-cv-176-Orl-31DAB

JAMES MOORE & COMPANY, P.L., E.
JAMES HUTTO,

        **Defendants.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. No. 38), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the June 2011 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 7, 2011.

                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, Florida 32801

Sheryl L. Loesch
Clerk

Tammy Tornus
Orlando Division Manager

**IN RE: MIRABILIS VENTURES, INC.**
**Bankruptcy Case No. 6:08-BK-4327-KSJ**
**Adversary Case No. 6:08-ap-00228-KSJ**

---

**MIRABILIS VENTURES, INC.,**

            **Plaintiff,**

-vs-                              Case No. 6:09-cv-176-Orl-31DAB

**JAMES MOORE & COMPANY, P.L., E. JAMES HUTTO,**

            **Defendants.**

---

### NOTICE OF TRANSMITTAL OF COPY OF CASE PAPER TO BANKRUPTCY JUDGE, BANKRUPTCY CLERK'S OFFICE, AND ASSISTANT UNITED STATES TRUSTEE

To:      Bankruptcy Judge Karen S. Jennemann

          Bankruptcy Clerk's Office, Orlando Division

          Assistant United States Trustee Kenneth Meeker

A copy of the following is herewith forwarded to all of the above parties:

      District Court's Order disposing of the appeal and/or judgment (document numbers 40)

NOTE: In Bankruptcy cases, a copy of District Court Orders which dispose of appeals and/or Judgments, notice of appeal of District Court decisions, and final Eleventh Circuit Orders, Judgments, and/or mandates relating to any such appeal are transmitted. Except as otherwise directed by the Court, only a copy of Orders granting or denying withdrawal of reference and the final Order/Judgment which disposes of the action are transmitted in Bankruptcy withdrawal cases.

                                                    SHERYL L. LOESCH, CLERK

                                          By:    s/M. Pleicones, Deputy Clerk

February 8, 2011

Enclosures